# EXHIBIT A

# RGS
### RESPECT FIRST
RESPECT · GRATITUDE · SERVICE

1700 Jay Ell Dr Ste 200 • Richardson TX 75081
**Phone Number: 866-941-8600**
PAY ONLINE: www.myrgs.com

| | |
|---|---|
| CREDITOR: | ███████████ |
| RGS ACCOUNT #: | ███████████ |
| AMOUNT OWED: | $739.51 |
| LAST PAID DATE: | 10/19/17 |

JULY 12, 2018

## ACCOUNT INFORMATION

Dear GABRIEL TATARU

RGS Collections, Inc. has been assigned to provide a resolution on the above stated account. Associates are available to assist you. We're here to help you, but we need you to act. Please decide what works for you.

☐ You can resolve your account, without talking to an associate, by visiting our secure, private website at https://www.myrgs.com to negotiate and pay anytime, day or night.

☐ You can pay $739.51 in full or make
   Two payments: one payment of $369.75, final payment of $369.76
   Three payments: two payments of $246.50, final payment of $246.51

☐ Call 866-941-8600 or visit us online to make alternate arrangements.

We're here to help, and we'd like your feedback. Please feel free to reach out to us with compliments, complaints or suggestions at president@rgsfinancial.com.

Sincerely,
CC - RESOLUTION DEPT
RGS Collections, Inc.
Toll Free 866-941-8600

**Manage Account Online:**
www.myrgs.com

**Pay by Phone:**
866-941-8600

**Pay by MoneyGram:**
Receive Code 4290

**Pay by Mail:**
Make checks payable to
RGS Collections, Inc.



ACA INTERNATIONAL
The Association of Credit and Collection Professionals
Member

This communication is from a debt collector.
This is an attempt to collect a debt and any information obtained will be used for that purpose.

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**
PLEASE DETACH LOWER PORTION AND RETURN WITH PAYMENT IN THE ENCLOSED ENVELOPE

ICORGSF01AG4

---

CORGSF01
PO BOX 1280
OAKS PA 19456-1280
ADDRESS SERVICE REQUESTED

For your convenience, we accept:
VISA or MasterCard 

**PAY ONLINE**
www.myrgs.com

JULY 12, 2018

████████████████
GABRIEL TATARU
████████████████

PLEASE SEND ALL CORRESPONDENCE TO:

RGS COLLECTIONS, INC.
PO BOX 852039
RICHARDSON TX 75085-2039

☐ Check here if there is new contact information and complete section 2 on reverse side.

| | |
|---|---|
| CREDITOR: | FNB OMAHA II |
| RGS ACCOUNT #: | ███████████ |
| AMOUNT OWED: | $739.51 |

## IMPORTANT NOTICE

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification If you request this office in writing within thirty (30) days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Your payment may be presented electronically for payment using Automated Clearing House (ACH) or other means in accordance with applicable banking rules, regulations and/or any other federal or state statutes.

## PAYMENT OPTIONS

- Payments may be made online at www.myrgs.com
- Make checks payable to RGS COLLECTIONS, INC..
- Pay with VISA or MasterCard by completing and returning sections 1 and 2 in the form below or by calling our office.

**Please complete this section and return in the enclosed envelope.**
You are hereby authorized to charge my credit card account.

**1**
| CHECK ONE | ☐ VISA | ☐ MASTERCARD | EXP. DATE | PAYMENT AMOUNT |
|---|---|---|---|---|
| CARD NUMBER | | | / | $ |
| CARDHOLDER'S NAME | | CARDHOLDER SIGNATURE | | |
| CARDHOLDER ADDRESS | | CITY | STATE | ZIP |

**2**
| PRIMARY PHONE NUMBER | SECONDARY PHONE NUMBER | | |
|---|---|---|---|
| ADDRESS | CITY | STATE | ZIP CODE |